UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA WILKINSON,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 24-cv-03796-SVK<br><br>**ORDER FOR SERVICE OF FIRST AMENDED COMPLAINT BY U.S. MARSHAL** |

　　The Court previously granted Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP application"). *See* Dkt. 4. Having considered the First Amended Complaint (Dkt. 9), the Court **ORDERS** that the Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the first amended complaint, Plaintiff's IFP application, and this order upon Defendant(s).

　　While this case is pending, plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

　　**SO ORDERED.**

Dated: July 24, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge